UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DEBRA HUTCHINS,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 2:21cv356**

**TATA CONSULTANCY SERVICES
LIMITED,**

    **Defendant.**

## ORDER

This matter comes before the court on Defendant Tata Consultancy Services Limited's ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint, and Memorandum in Support. ECF Nos. 18, 19. Plaintiff, Debra Hutchins ("Plaintiff"), filed a Memorandum in Opposition, and Defendant filed a Reply thereto. ECF Nos. 20, 21.

On January 26, 2022, the matter was referred to United States Magistrate Judge Lawrence R. Leonard pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the Motion to Dismiss. ECF No. 22. The Magistrate Judge's Report and Recommendation ("R&R"), which recommended denying

Defendant's Motion to Dismiss, was filed on April 14, 2022. ECF No. 23. In the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 9-10. No objections were filed.

The court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R filed on April 14, 2022. Accordingly, the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

April 29, 2022